UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:12-CV-00017-TBR

**GREGORY D. BANKS**                                                                                   **PLAINTIFF**

**v.**

**BONITA J. BRADLEY, and**
**GEICO GENERAL INSURANCE COMPANY**                                    **DEFENDANTS**

**ORDER**

This matter having come before the Court on the Plaintiff's Motion to Remand, and the Court having entered a memorandum opinion addressing the same on this day,

IT IS HEREBY ORDERED that this case is REMANDED to the Clinton County Circuit Court.

This is a final and appealable order and there is no just cause for delay.